MEADOW BROOK NATIONAL BANK, Respondent, v. SEABOARD DIE CASTING CORP. et al., Appellants.

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur. [52 Misc 2d 922.]

In the Matter of Arbitration between JOSEPH MICHAELS, III, et al., Appellants, and SAMUEL ROWITT, Respondent.

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.